# EXHIBIT D



K. David Pirnazar <davidpirnazar@gmail.com>

## General Contact

contact@samesurf.com <contact@samesurf.com>  Mon, May 18, 2015 at 2:13 PM
To: support@samesurf.com

Name:
Paul Hubbard

Email:
paul_hubbard@intuit.com

Company:
Intuit

Phone Number:

Message:
Hi,

I'm researching co-browsing solutions for TurboTax and would like to try your product. I'm having some issues and would appreciate a call with a sales rep and technical person.

Thanks,
Paul

  K. David Pirnazar <davidpirnazar@gmail.com>

## Co-Browsing Status to Support Turbotax Portion on Intuit.com
1 message

**K. David Pirnazar** <david@samesurf.com>  Fri, Jun 5, 2015 at 4:41 PM
To: paul.hubbard@intuit.com

Hi Paul:

Hope you're well.  I wanted to reach out to you and give you a status report as to progress in supporting the Turbotax portion of the Intuit.com site in its current state.  We are appx. 75% complete in terms of developing and supporting a completely new iteration of our patented co-browsing technology that will essentially ignore the complicating coding elements that exist on this portion of your website.  This approach will make the items you referenced as errors you've discovered with your own site moot.

We found that a piecemeal approach to fixing the issues you referenced wouldn't be sustainable in terms of ensuring speed, accuracy and interactivity in a cross-platform environment over an extended period of time.  Please note that we are doing this work based on the assumption that no code changes will be made to your website.

We should have this portion of the work complete by Wednesday or Thursday of this coming week.  I'm sure you'll agree that it's best to take the time to get this process right before entering into an arrangement rather than to rush into a solution that may not stand the test of time.  We believe that the product you see and use before moving forward into agreement should be the same or comparable with the one you'll be using throughout the engagement.

We are happy to do this work on a gratis basis since we would love to have Intuit as a long term customer and partner.  Please let us know if you have any questions or thoughts.

Best Regards,


David



--

K. David Pirnazar, CEO/Co-Founder
Samesurf, Inc.
345 North Maple Drive
Suite 120
Beverly Hills, CA  90210

(310)422-3963 direct
(310)422-1154 main

email:          david@samesurf.com
website:        samesurf.com

                                                                K. David Pirnazar <davidpirnazar@gmail.com>

## Samesurf Updated Demo

**K. David Pirnazar** <david@samesurf.com>                                            Thu, Jul 9, 2015 at 2:57 PM
To: "Gage, Matt" <Matt_Gage@intuit.com>
Cc: "Hubbard, Paul" <Paul_Hubbard@intuit.com>, "Yeh, Joyce" <Joyce_Yeh@intuit.com>

Hi Joyce, Matt and Paul:

Hope you're all well.  As a follow up to my earlier conversation with Paul, we wanted to let you know that we have now developed a solution that meets and exceeds the goals you articulated in our prior discussions.

**The Ideal Solution:**  In augmenting our co-browsing solution, we have now developed a webRTC offering that perfectly matches your requirements on Chrome and Firefox:

1) Screen sharing of the customer screen on the Intuit.com site for Chrome and Firefox (without a refresh to show only the customer's browser window)
2) One way video chat showing the agent side only
3) Two way audio chat that vocally bridges both the agent and customer

**Support for IE, Safari and Mobile Browsers:**  In addition to this offering, the previously demoed version of Samesurf's patented co-browsing technology gives you the ability to support customers on Internet Explorer, Safari and virtually all mobile browsers without installs of any kind with the following capabilities:

1) Ability for the Agent to point at page elements without being able to interact with that page (view-only mode so Intuit has no issue with being deemed a tax preparer)
2) One way video chat showing the agent only
3) Two way audio chat that vocally bridges both the agent and customer

It's essential to note that Samesurf's patented co-browsing solution is the only way to share content in real-time from a mobile phone or tablet (this is not possible with screen sharing).

**Browser and Device Detection:**  We have also developed functionality that determines what browser and device the customer is on so they are seamlessly routed to the correct version of the Samesurf offering when the customer clicks the Intuit help button.  To recap, we will prompt the customer to our new webRTC offering if they are on Chrome and Firefox AND to our traditional Samesurf offering for IE, Firefox and Mobile Browsers.

**Consolidated Agent Cueing System:**  Finally and as developed at your direction, we have built an agent cueing system that lists active customers who are awaiting help from your available support agents. This system gives the Agent the ability to click a single link on the list and to seamlessly join the customer with audio/video chat and visual collaboration instantly in progress.  It also gives the Agent information about the city of origin of each customer based on their IP Address.  If you like, we can also integrate this capability into any live chat or phone support system.

**Results from your Two Week Sprint:**  We did learn from Paul that you have not yet been able to successfully launch the other offering into a production environment during your two (2) week sprint. Irrespective of these results and based on our extensive experience in this vertical since 2009, we know that we are uniquely qualified to deliver the capabilities I have laid out above.

**Patents:**  Despite any emerging collaboration technologies that you hear about during your technical diligence process, it's imperative to know that Samesurf is the **ONLY** company in the industry that holds multiple US patents on synchronized web browsing.  These are patents that have already been granted in addition to the multiple others that we now have pending that also relate back to the original filing date of May 2010.  These are patents that relate to synched browsing on both desktop and mobile devices and they are quite broad.  We have been focused exclusively on install-free collaboration since 2009 and our patents and innovations in this area continue to define us as the undisputed leader in the field of collaborative, install-free co-browsing.

**Pricing:**  We are also aware of the lack of flexibility and pricing that our competitors are charging for inferior functionality of this type and we are quite confident that our pricing terms are quite compelling versus competing offerings.  For the number of users and usage that you're anticipating for this offering, I'm certain this will also serve as a defining factor towards your utilization of Samesurf.

Needless to say, we look forward to further supporting you and your team at Intuit.   Please give us a few dates and times that work for a follow-on discussion and demo and we'll coordinate everything else on our end.

Looking forward to speaking with you soon.

Best Regards,


David
[Quoted text hidden]
[Quoted text hidden]



K. David Pirnazar <davidpirnazar@gmail.com>

## Samesurf Updated Demo

**K. David Pirnazar** <david@samesurf.com>  Mon, Mar 21, 2016 at 4:42 PM
To: "Hubbard, Paul" <Paul_Hubbard@intuit.com>
Cc: "Joseph, Benny" <Benny_Joseph@intuit.com>

Thanks for letting us know, Paul.  We're looking forward to getting involved.  Benny, it's a pleasure to meet you over email.

As I mentioned in my message from earlier today, we would love to make ourselves available to give you a preview of a significantly enhanced version of our install-free, cross platform co-browsing technology that has not yet been revealed to the general public.  This version flows directly from our patented technology and "just works" without install or coding requirements on all portions of the Intuit.com family of sites.

When the time is right and if you'll give us some dates and times that work well, we'll set up a demo and discussion on our end and circulate call details via a calendar invite.

[Quoted text hidden]
[Quoted text hidden]