Alan P. Block (SBN 143783)
ablock@mckoolsmithhennigan.com
**MCKOOL SMITH HENNIGAN, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Ryan B. McBeth (TX SBN 24078955)*
rmcbeth@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

Ashley N. Moore (TX SBN 24074748)*
amoore@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

*Pro hac vice application forthcoming*

Attorneys for Plaintiff
Samesurf, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samesurf, Inc., <br><br>               Plaintiff, <br><br>     vs. <br><br> Intuit, Inc., <br><br>               Defendant. | Case No. 2:22-cv-2060 <br><br> **NOTICE OF WITHDRAWAL OF COMPLAINT AND ACTION IN ITS ENTIRETY** |

TO THE CLERK OF THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, earlier today, Samesurf, Inc. ("Samesurf") inadvertently filed via CM/ECF its Complaint in the above-styled action in this Court. Samesurf intended to file its Complaint in the U.S. District Court for the Southern District Court of California.

Accordingly, Samesurf hereby withdraws the Complaint filed in this Court and respectfully requests that the Clerk of this Court remove the Complaint and this matter from this Court's docket in its entirety. Samesurf will file the same Complaint in the U.S. District Court for the Southern District of California.

Samesurf's withdrawal of its Complaint and removal of this action from this Court's docket is solely due to the fact that it inadvertently filed its Complaint in the wrong court. Therefore Samesurf's withdrawal and removal is without prejudice and without any preclusive effect as to any subsequent voluntary dismissal pursuant to Rule 41(a)(1)(B).

DATED: March 29, 2022

Respectfully submitted,

**MCKOOL SMITH HENNIGAN, P.C.**

By: *s/ Alan P. Block*
Alan P. Block (SBN 143783)
ablock@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Ryan B. McBeth (TX SBN 24078955)*
rmcbeth@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone:  (713) 485-7300
Facsimile:  (713) 485-7344

MCKOOL SMITH, P.C.

Ashley N. Moore (TX SBN 24074748)*
amoore@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044

**Pro hac vice application forthcoming*

**Attorneys for Plaintiff
Samesurf, Inc.**

COMPLAINT FOR PATENT INFRINGEMENT